Notice of Chapter 13 Confirmation – Page 2                                    F 3015-1.2

| In re<br>Ta Kim To | (SHORT TITLE) | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NO.: AP: 8:10-ap-01502-TA,<br>BK: 8:10-bk-22705-TA |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

FILED
NOV – 1 2010
CLERK U.S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1940 W. Orangewood Ave, Ste 110
Orange, CA 92868

A true and correct copy of the foregoing document described as Adersary Proceeding, Summons & Notice of Status Conference _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __11/01/2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mailing List Attached

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/01/2010 | Emily Khem | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                   F 3015-1.2

## Mailing List

US Bank NA, as trustee for Morgan Stanley
Trust 200708XS; c/o US Bankcorp
Attention: Craig E. Gifford/Legal Department
800 Nicollet Mall
Minneapolis, MN 55402

NDEX West LLC
c/o CT Corporation
818 W. 7th Street, Ste., 200
Los Angeles, CA 90017-3425