ORIGINAL

FILED

NOV 1 8 2010

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY            Deputy Clerk

LODGED

NOV 17 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                      Deputy Clerk

ENTERED

NOV 1 8 2010

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>TA KIM TO<br><br>_____<br><br>TA KIM TO, an Individual<br><br>                    Plaintiff,<br><br>-vs.-<br><br>U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, NATIONAL ASSOCIATION, (SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION) AS TRUSTEE FOR MORGAN STANLEY TRUST 2007-8XS; NDEx WEST, LLC; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-100, Inclusive;<br><br>                    Defendant.<br>_____ | **Case No. 8:09-bk-22705-TA**<br><br>**ADV. NO. 8:10-ap-01502-TA**<br><br><br>[PROPOSED]<br><br>**TEMPORARY RESTRAINING ORDER**<br><br>hearing:<br>Dec. 15, 2010 @<br>2:00 p.m. |

//

//

GARY HARRE, ESQ. (BAR NO. 86938)
GLOBAL CAPITAL LAW, P.C.
17111 BEACH BLVD, STE 100
HUNTINGTON BEACH, CA 92647
TELEPHONE: (714) 634-3842

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Before the Court is plaintiff TA KIM TO's *Ex Parte* application for a temporary restraining order and order to show cause. Plaintiff is seeking to enjoin defendant U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, NATIONAL ASSOCIATION, (SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION) AS TRUSTEE FOR MORGAN STANLEY TRUST 2007-8XS from proceeding with an Unlawful Detainer in state court to evict Plaintiff and her children from their home located at 10231 Kenmore Street, Anaheim, California. For the reasons set forth in Plaintiffs' Ex Parte Application for Temporary Restraining Order, the Court GRANTS the ex parte application for a temporary restraining order and order to show cause. On the basis of the plaintiff' application and supporting documentation, the plaintiff has shown a ~~probable~~ *some prospect* success on the merits of her claim that the fraudulent conveyance claim and that she and her children will suffer irreparable injury if the Court does not grant the temporary restraining order.

It is ORDERED that plaintiffs' ex parte application for a temporary restraining order and order to show cause is GRANTED. The defendant is enjoined from proceeding with the eviction of Plaintiff and their children from their residence located at 10231 Kenmore Street, Anaheim, California until the preliminary injunction hearing.

It is further ORDERED that a hearing for preliminary injunction is set for _Dec. 15_, 2010 at _2:00_ ~~AM/~~ P.M. The plaintiff is directed to file an opening brief in support of a preliminary injunction no later than _Nov. 24_, 2010. The defendant's opposition is due no later than _Dec. 7_, 2010. *The court notes that Ms. To at paragraph 6 of her declaration claims "I reached a loan modification..." with the servicer. The parties are directed to provide evidence: (1) establishing*

- 1 -
[~~PROPOSED~~] TEMPORARY RESTRAINING ORDER

*(handwritten across top)* ... no notice of no opportunity to be heard was achieved and if so, documents showing same and (2) the secured creditor shall provide argument and documents showing its status as holder of the beneficial interest under the loan. The question of bond should also be addressed.

IT IS SO ORDERED.

Dated: NOV 18 2010

Hon. *Theodor Albert*

United States ~~District~~ Judge
*BANKRUPTCY*

GARY HARRE, ESQ. (BAR NO. 86938)
GLOBAL CAPITAL LAW, P.C.
17111 BEACH BLVD, STE 100
HUNTINGTON BEACH, CA 92647
TELEPHONE: (714) 634-3842

- 2 -

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

**NOTE TO USERS OF THIS FORM:**

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) <u>Temporary Restraining Order</u> was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>11/18/10</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Gary L Harre
Global Capital Law, P.C.
17111 Beach Blvd., Ste. 100
Huntington Beach, CA  92647

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                    **F 9021-1.1.NOTICE.ENTERED.ORDER**