| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Attorney for Plaintiff(s)*<br>☐ *Plaintiff(s) appearing without attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _____ DIVISION**

| In re:<br><br><br>                                                                    Debtor(s). | CASE NO.:<br><br>CHAPTER:<br><br>ADVERSARY NO.: |
|---|---|
| <br>                                                                    Plaintiff(s),<br>vs.<br>U.S. Bank National Association, as successor trustee to Bank of America, National Association, (Successor by merger to LaSalle Bank National Association, as trustee of Morgan Stanley Trust 2007-8XS<br>                                                                    Defendant(s). | **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**<br><br><br>[No Hearing Required] |

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought (*specify name*): _____
2. Plaintiff filed the Complaint in this adversary proceeding on (*specify date*): _____
3. The Summons and Complaint were served on Defendant by  ☐ Personal Service   ☐ Mail Service
   on the following date (*specify date*):_____
4. A conformed copy of the executed service of Summons form is attached hereto.
5. The time for filing an Answer or other responsive pleading expired on (*specify date*): _____
6. No Answer or other responsive pleading has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

Dated: _____    By:_____/s/ Gary Harre_____

Type Name: _____
*Plaintiff or Attorney for Plaintiff*

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                              Page 1                                          **F 7055-1.1.REQ.ENTER.DEFAULT**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gary Harre, Esq. [86398]<br>LAW OFFICES OF GARY HARRE & ASSOCIATES<br>1940 W. ORANGEWOOD AVE, STE 110<br>ORANGE, CA 92868<br>TELEPHONE: (714) 200-4701<br>EMAIL: GHCMECF@GMAIL.COM | *entered in master.* |

*Attorney for Plaintiff* Ta Kim To

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Ta Kim To

Debtor.

Ta Kim To, an Individual

Plaintiff(s),

vs.

See List

Defendant(s).

*entered into master*

CHAPTER 7

CASE NUMBER 8:10-bk-22705-TA

ADVERSARY NUMBER 8:10-01502-TA

(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)

## SUMMONS AND NOTICE OF STATUS CONFERENCE

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by **NOV 26 2010**, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

Hearing Date: **JAN 20 2011**    Time: **10:00 AM** ok    Courtroom: **5B**    Floor: **5th**

- ☐ 255 East Temple Street, Los Angeles
- ☒ 411 West Fourth Street, Santa Ana
- ☐ 21041 Burbank Boulevard, Woodland Hills
- ☐ 1415 State Street, Santa Barbara
- ☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: **OCT 26 2010**

KATHLEEN J. CAMPBELL
Clerk of Court

By: *[signature]*
Deputy Clerk

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)

F 7004-1

## LIST OF DEFENDANTS

- U.S. Bank National Association, as successor trustee to Bank of America, National Association, 9Successor by merger to LaSalle Bank National Association, as trustee for Morgan Stanley Trust 2007-8XS;
- NDEx West, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

|  | *Emily Khem* |  | */s/ Emily Khem* |
|---|---|---|---|
| Date | Type Name |  | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 2    **F 7055-1.1.REQ.ENTER.DEFAULT**