FILED
DEC - 9 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

ENTERED
DEC - 9 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

LODGED
DEC - 8 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>TA KIM TO,<br><br>          Debtor. | Case No. 8:10-bk-22705-TA<br>Adversary Case No.: 8:10-ap-01502-TA<br><br>Assigned to: Hon. Theodor C. Albert<br>Courtroom: 5B |
| TA KIM TO,<br><br>          Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MORGAN STANLEY TRUST 2007-8XS; NDEx WEST, LLC; and all persons claiming by, through, or under such persons, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint averse to Plaintiff's title thereto; and DOES 1-100, inclusive,<br><br>          Defendants. | [~~PROPOSED~~] ORDER TO CONTINUE PRELIMINARY INJUNCTION HEARING<br><br>Filed and Served Concurrently with:<br>1. Preliminary Opposition<br>2. Declaration of Tiffany A. Keith<br><br>HEARING DATE<br>Date: December 15, 2010<br>Time: 2:00 p.m.<br>Ctrm: 5B |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4847-4693-3000.1

[PROPOSED] ORDER TO CONTINUE
PRELIMINARY INJUNCTION HEARING
8:10-BK-22705-TA

## ORDER

**IT IS HEREBY ORDERED,** that the Order to Show Cause re: Preliminary Injunction is continued from December 15, 2010, at 2:00 p.m. until March 3, 2011 at 11:00 a.m. . The Temporary Restraining Order will remain in effect until a ruling is made on the preliminary injunction.

Dated: December __, 2010

DEC - 9 2010

JUDGE OF THE SUPERIOR COURT

_____
Honorable Theodor Albert

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4847-4693-3000.1

- 2 -

[PROPOSED] ORDER TO CONTINUE
PRELIMINARY INJUNCTION HEARING
8-10-BK-22705-TA

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Order continuing hearing _____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 12/9/10 _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com
Marisol A Nagata    cdcaecf@bdfgroup.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

- Jeffrey S. Gerardo, Kutak Rock, LLP, 18201 Von Karman, Ste. 1100, Irvine, CA 92612

- Gary L. Harre, Law Offices of Gary Harre, 1940 W. Orangewood Ave., Ste. 110, Orange, CA 92868

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                          F 9021-1.1.NOTICE.ENTERED.ORDER