```
 1  Jeffrey S. Gerardo #146508
    Steven M. Dailey #163857
 2  KUTAK ROCK LLP
    Suite 1100
 3  18201 Von Karman Avenue
    Irvine, CA 92612-1077
 4  Telephone:  (949) 417-0999
    Facsimile:   (949) 417-5394
 5
    Attorneys for Defendant U.S. BANK NATIONAL
 6  ASSOCIATION AS SUCCESSOR TRUSTEE TO
    BANK OF AMERICA, NATIONAL
 7  ASSOCIATION, SUCCESSOR BY MERGER TO
    LA SALLE BANK NATIONAL ASSOCIATION
 8  AS TRUSTEE FOR MORGAN STANLEY
    TRUST 2007-8XS
```

FILED
FEB 17 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>TA KIM TO,<br><br>            Debtor. | Case No.  8:10-bk-22705-TA<br>Adversary Case No.: 8:10-ap-01502-TA<br><br>Assigned to:  Hon. Theodor C. Albert<br>Courtroom:  5B |
| TA KIM TO,<br><br>            Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR MORGAN STANLEY TRUST 2007-8XS; NDEx WEST, LLC; and all persons claiming by, through, or under such persons, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint averse to Plaintiff's title thereto; and DOES 1-100, inclusive,<br><br>            Defendants. | **STATEMENT OF NON-OPPOSITION TO ORDER RE DISMISSAL**<br><br>[Submitted concurrently with Proposed Order Re Dismissal] |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4815-6702-5672.1
14617-413

STATEMENT OF NON-OPPOSITION TO
ORDER RE DISMISSAL

1  This Statement is submitted pursuant to California Rules of Court, Rule
2  3.1312. U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR TRUSTEE
3  TO BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY
4  MERGER TO LA SALLE BANK NATIONAL ASSOCIATION AS TRUSTEE
5  FOR MORGAN STANLEY TRUST 2007-8XS ["U.S. Bank"] served the
6  [Proposed] Order Re Dismissal on February 7, 2010. More than ten (10) days
7  have passed since the Order was served on Plaintiff and U.S. Bank has not
8  received any objection to the Order.
9  Based on the foregoing, U.S. Bank requests that the Court enter U.S. Bank's
10 Order re Dismissal.

Dated:   February 16, 2011        KUTAK ROCK LLP

                                  By: _____
                                  Jeffrey S. Gerardo
                                  Steven M. Dailey
                                  Attorneys for Defendant
                                  U.S. BANK NATIONAL
                                  ASSOCIATION AS SUCCESSOR
                                  TRUSTEE TO BANK OF AMERICA,
                                  NATIONAL ASSOCIATION,
                                  SUCCESSOR BY MERGER TO LA
                                  SALLE BANK NATIONAL
                                  ASSOCIATION AS TRUSTEE FOR
                                  MORGAN STANLEY TRUST 2007-
                                  8XS

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4815-6702-5672.1
14617-413

- 2 -

STATEMENT OF NON-OPPOSITION TO
ORDER RE DISMISSAL

# PROOF OF SERVICE
## TA KIM TO V. U.S. BANK NATIONAL ASSOCIATION, ET AL
## USBC-CENTRAL-SANTA ANA DIVISION CASE NO. 8:10-BK22705-TA
## (ADVERSARY CASE NO. 8:10-AP-01502-TA

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Irvine in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is Suite 1100, 18201 Von Karman Avenue, Irvine, California 92612-1077.

On **February 17, 2011**, I served on all interested parties as identified on the below mailing list the following document(s) described as:

**STATEMENT OF NON-OPPOSITION TO ORDER RE DISMISSAL**

☒ (BY MAIL, 1013a, 2015.5 C.C.P.) I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this(these) document(s) will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

## SERVICE LIST

| | |
|---|---|
| Gary Harre, Esq.<br>LAW OFFICES OF GARY HARRE & ASSOCIATES<br>17612 Beach Blvd., Suite 8<br>Huntington Beach, CA 92647 | Attorney for Plaintiff<br>*TA KIM TO*<br><br>Phone: (714) 907-4182<br>Fax: (714) 244-8486 OR<br>(714) 978-7343 or (714) 907-4175 |
| Marisol A. Nagata, Esq.<br>BARRETT DAFFIN FRAPPIER TREDER & WEISS LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765 | Attorney for Defendant<br>*NDEx West LLC*<br><br>Phone: (626) 915-5714<br>Fax: (626) 732-0364 |

4811-7226-8296.1
14617-413

-2-

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

PROOF OF SERVICE

☒  **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on **February 17, 2011**, at Irvine, California.

*Elizabeth May* (signature)
Elizabeth May

4811-7226-8296.1
14617-413

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 3 -

PROOF OF SERVICE