GLOBAL CAPITAL LAW
Gary Harre, SBN 86938
Diane Beall, SBN 86877
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92807
Telephone: (714) 907-4182
Facsimile: (714) 907-4175

Attorneys for Debtor/Plaintiff

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 10-ap-01502-TA |
| KIM TO TA, | Case No. 10-22705-TA |
| | Chapter 13 |
| Debtor | **AMENDED NOTICE OF APPEAL** |

KIM TO TA, the Debtor and Plaintiff appeals under *28 U.S.C. §158(b)* or *(d) (1)* from the Honorable Theodor C. Albert, bankruptcy judge granting the Defendant U.S. Bank National Association's Motion to Dismiss Plaintiff's Complaint on February 3, 2011 in this adversary proceeding.

The Bankruptcy Appellate Panel is authorized to hear this appeal pursuant to 28 U.S.C. §158(c)(1). Each party has a right to have the appeal heard by the district court. The Appellant has not made this election. The Appellee may elect within the time provided in 28 U.S.C. (c)(1)(B) to have the appeal heard by the district court.

The names of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

///

///

///

**AMENDED NOTICE OF APPEAL**
- 1 -

1

2  Attorneys for Appellant, KIM TO TA

3  Gary Harre, Esq.
   Diane Beall, Esq.
4  GLOBAL CAPITAL LAW
   8700 Warner Avenue, Suite 200
5  Fountain Valley, CA 92807
   Telephone:  (714) 907-4182
6  Facsimile:  (714) 907-4175

7

8  Attorneys for Appellee, U.S. Bank National Association

9  Jeffery S. Gerardo, Esq.
   Steven M. Dailey, Esq.
10 JUTAK ROCK LLP
   18201 Von Karman Avenue, Suite 1100
11 Irvine, CA 92612-1077
   Telephone:  (949) 417-0999
12 Facsimile:  (949) 417-5394

13

14

15 Dated:  February 18, 2011                **GLOBAL CAPITAL LAW**

16

17                                          _/s/  Gary Harre _____
                                            Gary Harre, Esq.
18                                          Diane Beall, Esq.
                                            Attorneys for Debtor/Plaintiff KIM TO TA
19

20

21

22

23

24

25

26

27

28

**AMENDED NOTICE OF APPEAL**
- 2 -

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My address is: 8700 Warner Avenue, Suite 200, Fountain Valley, CA 92708

A true and correct copy of the foregoing document described as **Notice of Appeal** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 18, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Amrane (SA) Cohen (TR)    efile@ch13ac.com
- Gerald S Kim    cdcaecf@bdfgroup.com
- Marisol A Nagata    cdcaecf@bdfgroup.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com
- Gilbert B Weisman    notices@becket-lee.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On February 18, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor C. Albert
411 W. Fourth Street, Suite 5085
Santa Ana, CA 92701

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 18, 2011 | Delores Jackson | /s/ Delores Jackson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**AMENDED NOTICE OF APPEAL**
- 3 -

**Service information continued**

Jeffery S. Gerardo, Esq.
Steven M. Dailey, Esq.
JUTAK ROCK LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA 92612-1077

Marisol A. Nagata, Esq.
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765